IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

FILED
DISTRICT OF NEBRASKA
AT_____M

AUG 17 1988-/

William L. Olson, Clerk
By_____Deputy

| | |
|---|---|
| STAN DAVIS and RICHARD RAYES, | ) ) ) |
| Plaintiffs, | ) CV88-L-462 ) |
| v. | ) ) ) |
| FRANK O. GUNTER, Director of the Department of Correctional Services; HAROLD W. CLARKE, Warden Nebraska State Penitentiary; ARLENE MURRAY, Employee of the Nebraska State Penitentiary, mail room; FLORENCE BEITLER, Employee of the Nebraska State Penitentiary, mailroom clerk, in their individual and official capacities, | ) ) ) ) ) ) ) ) ) ) ) ) ) ORDER ) |
| Defendants. | ) |

Upon consideration of the plaintiffs' request to proceed in forma pauperis,

IT IS ORDERED, the request is granted and the clerk shall file the complaint without the prepayment of costs or fees. The clerk shall return the file to the undersigned for initial review in accordance with 28 U.S.C. § 636 and the local rules of this court.

Dated August 17, 1988.

BY THE COURT

_____
United States Magistrate