FILED
DISTRICT OF NEBRASKA
AT_____M

OCT 11 1988 - 14

William L. Olson, Clerk
By_____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

STAN DAVIS, et al.,                    )       CV88-L-462
                                       )
    Plaintiff,                         )
                                       )
vs.,                                   )       ORDER OF PARTIAL DISMISSAL
                                       )
FRANK O. GUNTER, et al.,               )
                                       )
    Defendants.                        )

    I have reviewed the report, recommendation and order of the magistrate dated August 29, 1988, and the motion for reconsideration, filing 12, of Richard Rayes. I conclude that the recommendation of the magistrate is in order.

    IT IS ORDERED that:

    1.    the due process and equal protection claims and the pendent state law claims are dismissed; and

    2.    the motion for reconsideration, filing 12, is denied.

Dated October  //  , 1988.

              BY THE COURT

              United States District Court

14