FILED
DISTRICT OF NEBRASKA
AT_____M

NOV 17 1988 - 16

William L. Olson, Clerk
By_____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVIS, et al., ) | CV88-L-462 |
| Plaintiffs, ) | |
| v. ) | ORDER |
| GUNTER, et al., ) | |
| Defendants. ) | |

The court being fully advised in the premises finds that Mr. Donald E. Hyde, Assistant Nebraska Attorney General, shall be allowed to withdraw as counsel in the above action.

IT IS SO ORDERED.

_____
District Judge

11-61-6