# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STAN DAVIS and RICHARD RAYES, ) | CV88-L-462 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | FILED |
| FRANK O. GUNTER, HAROLD W. ) | DISTRICT OF NEBRASKA |
| CLARKE, ARLENE MURRAY, and ) | AT_____M |
| FLORENCE BEITLER, ) | |
| ) | JUL 3 1989 -24 |
| Defendants. ) | William L. Olson, Clerk |
| | By_____ Deputy |

Pursuant to a joint motion of the parties, the settlement agreement entered into by the plaintiffs and defendants is hereby approved and the case is dismissed, each party to bear his own costs.

DATED this 3rd day of July, 1989.

BY THE COURT:

Warren K. Urbom
District Judge