IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STAN DAVIS, and RICHARD RAYES, | ) ) ) | 4:88CV462 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **MEMORANDUM AND ORDER** |
| FRANK O. GUNTER, Director of the Department of Correctional Services, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on plaintiff Richard Rayes', Motion for Temporary Restraining Order (filing no. 26) and Motion for Discovery (filing no. 27). The court notes that it dismissed this matter more than 20 years ago as a result of the parties' Settlement Agreement. (Filing No. 24.) Because of the age of this case and the numerous changes in the law over the last 20 years, the court requires a response by the defendants prior to ruling on the pending Motions.

IT IS THEREFORE ORDERED that:

1. the clerk of the court shall send a copy of this Memorandum and Order, along with a copy of plaintiff Richard Rayes' Motion for Temporary Restraining Order (filing no. 26) and Motion for Discovery (filing no. 27), to Nebraska Attorney General Jon Bruning via United States mail. The clerk of the court shall also send a copy of these three filings via United States mail to Linda Willard in the Nebraska Attorney General's office;

2. the defendants shall file a response to the pending motions no later than December 20, 2010;

3. the clerk of the court is directed to set a pro se case management in this case with the following text: December 20, 2010: deadline for Defendants to respond to pending motions.

Dated November 22, 2010.

> BY THE COURT
>
> s/ Warren K. Urbom
> United States Senior District Judge