IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STAN DAVIS, and RICHARD RAYES, | ) ) ) | 4:88CV462 |
| Plaintiffs, | ) ) ) | **MEMORANDUM AND ORDER ON "MOTION FOR HEARING FOR APPOINTMENT** |
| v. | ) ) | **OF ATTORNEY," "MOTION FOR EMERGENCY TEMPORY (SIC)** |
| FRANK O. GUNTER, Director of the Department of Correctional Services, et al., | ) ) ) ) ) | **RESTRAINING ORDER & MOTION FOR IMMEDIATE HEARING RES IPSA LOQUITUR APPOINTMENT OF ATTORNEY"** |
| Defendants. | ) | |

This matter is before me on the "Motion for Hearing for Appointment of Attorney" (filing no. 43) and the "Motion for Emergency Tempory [sic] Restraining Order & Motion for Immediate Hearing Res Ipsa Loquitur Appointment of Attorney" (filing no. 44), filed by the plaintiff Richard W. Rayes ("Rayes"). Summarized and condensed, these motions assert the same arguments which I previously rejected concerning enforcement of the June 23, 1989, Settlement Agreement. (Filing No. 23.) I am not persuaded that I should reconsider my March 15, 2011, Memorandum and Order on Pending Motions which determined that this court lacks jurisdiction to enforce the Settlement Agreement. (Filing No. 39.)

IT IS THEREFORE ORDERED that:

1. the Motion for Hearing for Appointment of Attorney (filing no. 43) is denied;

    2.  the Motion for Emergency Tempory [sic] Restraining Order & Motion for Immediate Hearing Res Ipsa Loquitur Appointment of Attorney (filing no. 44) are denied.

    Dated October 17, 2011.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge